PC SCAN
RECEIVED
5/31/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
E.C

1:24-CV-04558
PC 6
RANDOM CAT 3

JUDGE KENNELLY
MAGISTRATE JUDGE JANTZ

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Pedro Orozco Sr

Plaintiff(s),

vs.

Chicago Police Department/
officers

Defendant(s).

Case No.

Jury Trial Demanded

# COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a pro se plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is Pedro Roberto Orozco SR

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendant, _Chicago Police Department / Officers_, is
   (name, badge number if known)

   ☑ an officer or official employed by _Chicago Police Department_;
   (department or agency of government)
   _____ or

   ☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is _Cook County_. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about _6-7-22_, at approximately _10:30_ ☑ a.m. ☐ p.m.
   (month, day, year)
   plaintiff was present in the municipality (or unincorporated area) of _Chicago_ _Illinois_, in the County of _Cook_,
   State of Illinois, at _on Chicago's west side Thomas St And Springfield Aves_
   (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

   ☑ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
   ☐ searched plaintiff or his property without a warrant and without reasonable cause;
   ☑ used excessive force upon plaintiff;
   ☑ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
   ☑ failed to provide plaintiff with needed medical care;
   ☐ conspired together to violate one or more of plaintiff's civil rights;
   ☐ Other:
   _____
   _____

2

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*): Plaintiff Believes officer's acted in Compliance With Flawed official policy in the scope of their Their Employment. Plaintiff expects to prove this during the Discovery process.

8. Plaintiff was charged with one or more crimes, specifically:

   Ridding Mountin Bike on Side Walk.
   Risisting Arrest.
   Posession of Controled Substance.

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

   ☐ are still pending.

   ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

   ☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows  NA

   _NA_

   ☑ Other: Plaintiff Pled out due to threts By Judge to give more time.

   ---

   [1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

I was assaulted By a Chicago Police officer while his partner wached. Mid 20's, white Male officer about 5'9, 220 lb' Repeatedly punched me in the Head with a closed fist Maultiple times, I kept Blacking out. While older Male (chicago Police officer) Mid 30 about 6 ft, 200 lb held me while his Partner Hit me in the head. I was Denied Medical Attention. I was punched over and over. #1 Hon Doe officer Mid 20's, white Male, about 5'9, was the one who assulted Me. While #2 Hon Doe Mid 30's white Male, about 6 ft", 200lb Kinda of held Me and Wached his Partner Beat Me. Both are Employee's of the Chicago Police Department.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

Lumps And Bumps on head which Caused Extream pain and that Caused a Complex about Chicago Police. Since the day of My Mental Health has declined. I am in Constant fear of my life from law Enforcement.

13. Plaintiff asks that the case be tried by a jury. ☑ Yes  ☐ No

4

Case: 1:24-cv-04558 Document #: 1 Filed: 05/31/24 Page 5 of 5 PageID #:5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

WHEREFORE, plaintiff asks for the following relief:

(A) Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

(B) ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the (individual defendant) and (The Chicago police force. Employer)

(C) ☒ Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: Pedro

Plaintiff's name *(print clearly or type)*: PEDRO Roberto Orozco SR.

Plaintiff's mailing address: 2100 - W- Warren ave

City: Chicago   State: IL   ZIP: 60640

Plaintiff's telephone number: (312) 566-3790 / Temporary Number us

Plaintiff's email address *(if you prefer to be contacted by email)*: Soon Change.

15. Plaintiff has previously filed a case in this district. ☒ Yes ☐ No

*If yes, please list the cases below.*
Excessive Force,
Failure to Protect

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5